Martha Ulvick, Administratrix of Estate of Newell B. Ulvick, Deceased, Appellee, v. Baltimore and Ohio Railroad Company, Appellant.

Gen. No. 41,020.

opinion filed May 13, 1941; rehearing denied June 2, 1941. Rawlins & Wright, H. D. Sheean and E. W. Lademann, for appellant; Fay Warren Johnson, of counsel; Ashcraft & Ashcraft, for appellee; Russell F. Locke and Charles H. G. Kimball, of counsel. Opinion by JUSTICE SCANLAN. "Not to be published in full."